## PEOPLE v. GAY.

A CONSTABLE has authority, under the statute of forcible entry and detainer, (R: S. 1838, p. 490, Ch. 5, §§ 3, 13,) to execute a writ of restitution.*

* R. S. 1846, p. 543, § 10, provides, in express terms, that this writ shall be directed to the sheriff or any constable of the county.